John H. SMELSER, Jr.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5018.

United States Court of Appeals,
Federal Circuit.

July 10, 2003.

Before MICHEL, SCHALL and
PROST, Circuit Judges.

**Judgment**

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

COMPOSITE ROTOR, INC.,
Plaintiff–Appellant,

v.

BECKMAN COULTER, INC.,
Defendant–Appellee.

No. 02–1535.

United States Court of Appeals,
Federal Circuit.

July 10, 2003.

Rehearing and Rehearing En Banc
Denied Aug. 18, 2003.

Before MICHEL, SCHALL and
PROST, Circuit Judges.

**Judgment**

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.